**MOTION TO DISMISS EXHIBITS**
**TABLE OF CONTENTS**

| Exhibit | Document | Additional Information | Website (Short URL) |
|---|---|---|---|
| DX-1 | Highlighted and Annotated Plaintiff's Exhibits | -- | -- |
| DX-2 | Chronology of Sexual Misconduct Allegations | -- | -- |
| DX-3 | Declaration of Philip Anschutz | -- | -- |
| DX-4 | Declaration of Philip Klein | -- | -- |
| DX-5 | Declaration of Robert Manzi | -- | -- |
| DX-6 | Stephanie McCrummen et al., *Woman says Roy Moore initiated sexual encounter when she was 14, He Was 32*, WASH. POST (Nov. 9, 2017) | Cited in Amended Complaint ("AC") ¶ 16 | https://wapo.st/3i3vBhC |
| DX-7 | Dick Polman, *Roy Moore pedophilia accusations test GOP's cracked moral compass*, NPR-WHYY (Nov. 10, 2017) | -- | https://bit.ly/2NqnEVw |
| DX-8 | Brandon Carter, *GOP strategist: There needs to be a repudiation' of Roy Moore by Republicans*, THE HILL (Nov. 10, 2017) | Linked in Cleves & Syrett, WASH. POST, at AC ¶ 59 n.7 | https://bit.ly/2BcrxuF |
| DX-9 | Jonah Goldberg, *The GOP can't afford to chase away its own*, NATIONAL REVIEW (Nov. 10, 2017) | -- | https://bit.ly/3dvMIVB |
| DX-10 | Linda Stasi, *Using Jesus to defend accused pedophile Roy Moore is twisted and just flat-out wrong*, N.Y. DAILY NEWS (Nov. 10, 2017) | Linked in Cleves & Syrett, WASH. POST, at AC ¶ 59 n.7 | https://bit.ly/381a7x6 |
| DX-11 | Sarah Jones, *Why evangelicals can't quit Roy Moore*, NEW REPUBLIC (Nov. 10, 2017) | -- | https://bit.ly/3i3MKrd |

| Exhibit | Document | Additional Information | Website (Short URL) |
|---|---|---|---|
| DX-12 | Alexander Nazaryan, *Even Fox News is ditching Roy Moore*, NEWSWEEK (Nov. 11, 2017) | -- | https://bit.ly/3ezFhOK |
| DX-13 | Glynn Wilson, *Politics makes strange bedfellows, but Jesus. Not this.*, NEW AMERICAN JOURNAL (Nov. 12, 2017) | Cited at *Cecil* Compl. ¶ 14 n.1 | https://bit.ly/3ezZOm6 |
| DX-14 | Anna Vollers, *Gadsden locals say Moore's predatory behavior At mall, restaurants not a secret*, AL.COM (Nov. 13, 2017) | Cited at *Cecil* Compl. ¶ 18 | https://bit.ly/31kI62f |
| DX-15 | Charles Bethea, *Locals were troubled by Roy Moore's interactions with teen girls at the Gadsden Mall*, NEW YORKER (Nov. 13, 2017) | Cited at *Cecil* Compl. ¶ 20 n.2 | https://bit.ly/31fGyqd |
| DX-16 | Hunter Schwarz, *More than 20 Republicans have called for Roy Moore to step aside*, CNN (Nov. 13, 2017) | -- | https://cnn.it/2A1VjSj |
| DX-17 | Jessica Tarlov, *Democrats, stay out of the Alabama senate race if you want to win, send cash instead*, FOX NEWS (Nov. 13, 2017) | -- | https://fxn.ws/31inLL0 |
| DX-18 | *Text of Beverly Young Nelson's accusation against Roy Moore*, N.Y. TIMES (Nov. 13, 2017) | -- | https://nyti.ms/2YxGlgz |
| DX-19 | *Woman accuses Roy Moore of sexually assaulting her when she was a teen*, WALL ST. J. (Nov. 13, 2017) | -- | https://on.wsj.com/3g1u0Hl |
| DX-20 | Peter Leithart, *Roy Moore and the one big question for voters*, FOX NEWS (Nov. 14, 2017) | -- | https://fxn.ws/2VkN3Em |
| DX-21 | Alan Blinder, *4 more women accuse Roy Moore of misconduct*, N.Y. TIMES (Nov. 15, 2017) | -- | https://nyti.ms/2BBNQtG |
| DX-22 | Catherine Lucey, *Ivanka Trump says Child Tax Credit 'Not a pet project,'* ASSOC. PRESS (Nov. 15, 2017) | -- | https://bit.ly/2NrTPUr |

| Exhibit | Document | Additional Information | Website (Short URL) |
|---|---|---|---|
| DX-23 | Stephanie McCrummen et al. *Two more women describe unwanted overtures by Roy Moore*, WASH. POST (Nov. 15, 2017) | -- | https://wapo.st/2NuTG2F |
| DX-24 | Vann Kewkirk II, *How Alabama's election laws keep Moore on the ballot*, THE ATLANTIC (Nov. 15, 2017) | -- | https://bit.ly/3i4uMow |
| DX-25 | Chris Francescani, *Roy Moore accuser: I got him banned from the mall*, ABCNEWS (Nov. 16, 2017) | -- | https://abcn.ws/3fWV6PF |
| DX-26 | Jane C. Timm, *Two accusers speak out against Roy Moore*, NBCNEWS.COM (Nov. 16, 2017) | -- | https://nbcnews.to/2B1x5bD |
| DX-27 | Adam Edelman, *Roy Moore accuser Leigh Corfman: I didn't deserve to be preyed upon*, NBCNEWS.COM (Nov. 20, 2017) | -- | https://nbcnews.to/2CJXmf3 |
| DX-28 | Christina Wilkie, *Trump defends Roy Moore: 'He totally denies it,'* CNBC (Nov. 21, 2017) | -- | https://cnb.cx/3fYxSJ3 |
| DX-29 | Leada Gore, *Roy Moore accuser Beverly Young Nelson says she's being followed, 'may have to move,'* AL.COM (Nov. 30, 2017) | Linked in PX-C | https://bit.ly/2Z6oxIs |
| DX-30 | Jeremy Hunt, *Alabama Democrats need black voters on Tuesday. Maybe they should show them some respect*, FOX NEWS (Dec. 10, 2017) | -- | https://fxn.ws/3fWmLQF |
| DX-31 | George Will, *By endorsing Moore, Trump sank the U.S. presidency to unplumbed depths*, NATIONAL REVIEW (Dec. 13, 2017) | -- | https://bit.ly/2VgQ09d |

| Exhibit | Document | Additional Information | Website (Short URL) |
|---|---|---|---|
| DX-32 | Alex Roarty, *DNC spending to defeat Roy Moore draws scrutiny*, MCCLATCHY DC (Feb. 1, 2018) | -- | https://bit.ly/2Yxm8HD |
| DX-33 | Maggie Astor, *Roy Moore sues 4 women, claiming defamation and conspiracy*, N.Y. TIMES (Apr. 30, 2018) | -- | https://nyti.ms/2YyDsfg |
| DX-34 | Dale Jackson, *Roy Moore is not done embarrassing Alabama yet*, YELLOWHAMMER NEWS (2018) | -- | https://bit.ly/2ZdaOzm |
| DX-35 | Sean Ross, *Top White House official: Trump 'all the time' asks, 'Why did Roy Moore lose?'*, YELLOWHAMMER NEWS (2018) | -- | https://bit.ly/2B9jEWZ |
| DX-36 | Vaughn Hillyard and Dartunorro Clark, *Roy Moore, who lost Alabama Senate race after allegations of sexual misconduct, announces another run for the seat*, NBCNEWS.COM (June 19, 2019) | Linked in PX-H | https://nbcnews.to/2VlZEaC |
| DX-37 | Jonathan S. Tobin, *Steve King and Roy Moore don't belong in the GOP*, NATIONAL REVIEW (Aug. 8, 2019) | -- | https://bit.ly/37ZeNUp |
| DX-38 | Dale Jackson, *Alabama Republicans can win, but only if Roy Moore loses*, YELLOWHAMMER NEWS (2019) | -- | https://bit.ly/2YC0pOV |
| DX-39 | Compl., Dkt. 2, *Moore v. Merrill*, No. 03-cv-2017-902015 (Ala. Cir. Ct. Dec. 27, 2017) | -- | -- |
| DX-40 | Counterclaim, Dkt. 106, *Corfman v. Moore*, 03-CV-2018-900017.00, (Ala. Cir. Ct. April 9, 2018) | -- | -- |

| Exhibit | Document | Additional Information | Website (Short URL) |
|---|---|---|---|
| DX-41 | Compl., Dkt. No. 2, *Moore v. Hagedorn*, No. 31-cv-2018-900346.00 (Ala. Cir. Ct. Apr. 30, 2018) | -- | -- |
| DX-42 | Opp. to Motion to Dismiss, Dkt. No. 55, *Moore v. Cohen*, 19-cv-04977 (S.D.N.Y. Oct. 28, 2019) | -- | -- |
| DX-43 | Compl., Dkt. No. 1, *Moore v. Cecil*, No. 19-cv-01855-CLM (N.D. Ala. Nov. 15, 2019) | -- | -- |
| DX-44 | Commercial Polygraph, Inc. Report, Dec. 19, 2017 | Discussed at AC ¶¶ 20, 22, 68 | -- |
| DX-45 | Anna Claire Vollers, *Roy Moore accuser: 'He didn't pinch it; he grabbed it'*, AL.COM (Nov. 15, 2017) | -- | https://bit.ly/31sR3qp |
| -- | Proposed Order | -- | -- |